## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BENJAMIN N. BROWN, SR.                    Chapter 13


                          Debtor          Bankruptcy No. 14-10299-MDC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _23rd_ day of _February_, 201*7*, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_Magdeline D. Coleman_
_____
                          Magdeline D. Coleman
                          Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-


Debtor:
BENJAMIN N. BROWN, SR.

5736 HADDINGTON LANE

PHILADELPHIA, PA 19131