United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-10299-mdc
Benjamin N. Brown, Sr.                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Feb 27, 2017
                              Form ID: pdf900           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
```
db         +Benjamin N. Brown, Sr.,    5736 Haddington Lane,    Philadelphia, PA 19131-3416
13225181   +Amer Bkry Credit Union,    7521 Verree Rd,    Philadelphia, PA 19111-3124
13225182   +American Banker Worker,    7521 Verree Rd,    Philadelphia, PA 19111-3124
13332001   +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
13225183    Internal Revenue Service,    Attn: Special Procedures,    6th and Arch Streets,
             Philadelphia, PA 19106
13225184   +Lamont Hanley & Associ,    1138 Elm St,    Manchester, NH 03101-1531
13251956   +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
             Attn: Bankruptcy Dept 3F
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Feb 28 2017 02:04:58     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2017 02:04:32
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 28 2017 02:04:57     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/Text: rhdlaw@aol.com Feb 28 2017 02:04:46
             American Bakery Workers Federal Credit Union,    c/o Robert H. Dickman, Esq.,
             100 S. Broad Street, S/1610,    Philadelphia, PA 19110-1023
cr          E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:03:16     Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13251462   +E-mail/Text: rhdlaw@aol.com Feb 28 2017 02:04:46
             American Bakery Workers Federal Credit Union,    c/o Robert H. Dickman, Esquire,
             100 S. Broad Street, Suite 1610,    Philadelphia, PA 19110-1020
13335538    E-mail/Text: bankruptcy@phila.gov Feb 28 2017 02:04:58     City of Philadelphia,
             Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
13225185   +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2017 02:04:46     Midland Funding,
             8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13241141    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 02:10:35
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13225186   +E-mail/Text: blegal@phfa.org Feb 28 2017 02:04:47     Pa Housing Finance Age,    211 N Front St,
             Harrisburg, PA 17101-1406
13225187   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 02:11:02
             Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13464449    E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:03:22
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 12
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Stacey             Page 2 of 2            Date Rcvd: Feb 27, 2017
                               Form ID: pdf900          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
          agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         DAVID M. OFFEN    on behalf of Debtor Benjamin N. Brown, Sr. dmo160west@gmail.com,
          davidoffenecf@gmail.com
         JACQUELINE M. CHANDLER     on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
         JOSHUA ISAAC GOLDMAN     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
          dmaurer@pkh.com
         LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
          dmaurer@pkh.com
         ROBERT H. DICKMAN     on behalf of Creditor    American Bakery Workers Federal Credit Union
          rhdlaw@aol.com
         THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
          tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                     TOTAL: 10

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BENJAMIN N. BROWN, SR.                                Chapter 13

                    Debtor                     Bankruptcy No. 14-10299-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _23rd_ day of _February_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Debtor:
BENJAMIN N. BROWN, SR.

5736 HADDINGTON LANE

PHILADELPHIA, PA 19131